# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR236 |
| vs. | ) | |
| RAFAEL J. MAGANA, LUCAS T. EHLY, and ZACHARIE J. STINSON, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on Defendant Rafael J. Magana's Unopposed Motion to Continue Trial [64]. Counsel needs additional time to confer with his client and negotiate a resolution short of trial. The government and counsel for co-defendants Lucas T. Ehly and Zacharie J. Stinson have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [64] is granted, as follows:

1. The jury trial, **for defendants Rafael J. Magana, Lucas T. Ehly and Zacharie J. Stinson** now set April 8, 2024, is continued to **June 17, 2024**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 17, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** March 25, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge